**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL SCHOONOVER,

    Plaintiff,

v.                                                Case No: 8:13-cv-2475-T-30MAP

COMMERCIAL RECOVERY
SYSTEMS, INC.,

    Defendant.

_____

**ORDER**

Before the Court is the Suggestion of Bankruptcy (Dkt. #10).  In view of the fact that the Defendant has filed bankruptcy, this matter should be stayed.  Accordingly, it is

ORDERED that:

1.    The Clerk is directed to administratively CLOSE this case.

2.    The Plaintiff may move to reopen this case within fifteen (15) days after he obtains from the Bankruptcy Court a lifting of the automatic stay.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of December, 2013.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2475 bk stay 10.docx